UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.   Case No. 2:11-cr-25

JAMES NELSON HALL,   HON. ROBERT HOLMES BELL

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 1, 2012, for arraignment on an indictment alleging one count of possession of an unregistered silencer. The defendant is not currently eligible for bond because of pending state charges. Accordingly, the defendant will be detained pending further proceedings; defendant may request a detention hearing should his custody status change.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley
                                    TIMOTHY P. GREELEY
                                    UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2012